# **HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

April 6, 2018

Phillip Kim, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: pkim@hanglaw.com

**VIA ECF**
The Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

        Re:    Liu v. Yaso Hospitality Group LLC et al
                 Case No. 1:17-cv-5984 (VMS)

Dear Judge Scanlon:

      Plaintiff Xiaoyan Liu ("Plaintiff") and Yaso Hospitality Group LLC, Ye Zhang, and Zhangxin Tu (collectively "Defendants") respectfully request that Your Honor approve the settlement reached in this matter. A copy of the proposed settlement agreement is attached hereto as **Exhibit A**. The fully executed stipulation to dismiss with prejudice is attached hereto as **Exhibit B.**

      The parties reached this settlement during the settlement conference before your Honor on February 23, 2018. The Court held the fairness hearing on the same day approved the settlement under *Cheeks*, subject to filing of the settlement agreement that complies with what the parties stated on the record. As approved by the Court, the settlement amount is $13,000.00. Plaintiff's counsel will receive 33% of the settlement amount after deducting costs as our attorney fee, which totals $4,840.00, as further broken down in section 1(a) of the Agreement.

      Counsel for both parties respectfully submit that the proposed Settlement Agreement is fair and reasonable, and therefore jointly request that the Court approve or so order the Settlement Agreement.

                                           Respectfully submitted,

                                           */s/ Phillip H. Kim*
                                           Phillip H. Kim, Esq.